**JUDGE STEIN**

Joseph A. Piesco, Jr. (jpiesco@kasowitz.com)
Daniel Turinsky (dturinsky@kasowitz.com)
Rachel F. Ehrenpreis (rehrenpreis@kasowitz.com)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

Attorneys for Plaintiff
American Management Association International

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
AMERICAN MANAGEMENT ASSOCIATION          :
INTERNATIONAL,                            :   Civil Action No.
                                          :
                                          :   
                        Plaintiff,        :   08 CIV 6998
                                          :
          vs.                             :
                                          :   **RULE 7.1**
                                          :   **DISCLOSURE STATEMENT**
STUART SYME,                              :
GERSHENSON AND ASSOCIATES, INC., and      :
STEPHEN GERSHENSON, individually          :
and in his capacity as President of       :
GERSHENSON AND ASSOCIATES, INC.,          :
                                          :
                        Defendants.       :
-----------------------------------------------------------x

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff American Management Association International (a private non-profit party) certifies that it has no publicly held corporate parents, and that no publicly held corporation has an ownership interest of 10% or more in American Management Association International.

Dated: New York, New York
August 5, 2008

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

_____
Joseph A. Piesco, Jr. (jpiesco@kasowitz.com)
Daniel Turinsky (dturinsky@kasowitz.com)
Rachel F. Ehrenpreis (rehrenpreis@kasowitz.com)

1633 Broadway
New York, New York 10019
(212) 506-1700