Joseph A. Piesco, Jr. (jpiesco@kasowitz.com)
Daniel Turinsky (dturinsky@kasowitz.com)
Rachel F. Ehrenpreis (rehrenpreis@kasowitz.com)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

Attorneys for Plaintiff
American Management Association International

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

|  |  |  |
|---|---|---|
| AMERICAN MANAGEMENT ASSOCIATION INTERNATIONAL, | : | Civil Action No. 08 Civ. 6998 (SHS) |
|  | : |  |
| Plaintiff, | : | **NOTICE OF APPEARANCE** |
|  | : |  |
| vs. | : |  |
|  | : |  |
| STUART SYME, GERSHENSON AND ASSOCIATES, INC., and STEPHEN GERSHENSON, individually and in his capacity as President of GERSHENSON AND ASSOCIATES, INC., | : |  |
|  | : |  |
| Defendants. | : |  |

---------------------------------------------------------------x

PLEASE TAKE NOTICE, that Kasowitz, Benson, Torres & Friedman LLP hereby appears as counsel for Plaintiff American Management Association International in this action.

Dated:  New York, New York
         August 11, 2008

KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP

_Josh Piesco / GT_____

Joseph A. Piesco, Jr.
jpiesco@kasowitz.com

1633 Broadway
New York, New York 10019
(212) 506-1700