Joseph A. Piesco, Jr. (jpiesco@kasowitz.com)
Daniel Turinsky (dturinsky@kasowitz.com)
Rachel F. Ehrenpreis (rehrenpreis@kasowitz.com)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

Attorneys for Plaintiff
American Management Association International

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AMERICAN MANAGEMENT ASSOCIATION         :
INTERNATIONAL,                          :     Civil Action No. 08 Civ. 6998 (SHS)
                                        :
                    Plaintiff,          :
                                        :     **NOTICE OF APPEARANCE**
        vs.                             :
                                        :
STUART SYME,                            :
GERSHENSON AND ASSOCIATES, INC., and    :
STEPHEN GERSHENSON, individually        :
and in his capacity as President of     :
GERSHENSON AND ASSOCIATES, INC.,        :
                                        :
                    Defendants.         :
------------------------------------------------------------x

       PLEASE TAKE NOTICE, that Kasowitz, Benson, Torres & Friedman LLP hereby appears as counsel for Plaintiff American Management Association International in this action.

Dated:  New York, New York
   August 11, 2008

          KASOWITZ, BENSON, TORRES
           & FRIEDMAN LLP

          _____
          Daniel Turinsky
          dturinsky@kasowitz.com

          1633 Broadway
          New York, New York 10019
          (212) 506-1700