UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

AMERICAN MANAGEMENT ASSOCIATION :
INTERNATIONAL,
:
                     Plaintiff,
:
     -against-
:
STUART SYME, ET AL.,
:
                     Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08

08 Civ. 6998 (SHS) (FM)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

     The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| XX   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___   Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___   Specific Non-Dispositive Motion/Dispute* | ___   Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | Purpose: _____ |
| | ___   Habeas Corpus |
| ___   Settlement* | ___   Social Security |
| ___   Inquest After Default/Damages Hearing | ___   Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | Particular Motion: _____ |
| | All such motions: ___ |

Dated: New York, New York
       August 11, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S. District Judge

* Do not check if already referred for general pretrial.