Joseph A. Piesco, Jr. (jpiesco@kasowitz.com)
Daniel Turinsky (dturinsky@kasowitz.com)
Rachel F. Ehrenpreis (rehrenpreis@kasowitz.com)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
(212) 506-1700

Attorneys for Plaintiff
American Management Association International

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| AMERICAN MANAGEMENT ASSOCIATION INTERNATIONAL,<br><br>  Plaintiff,<br><br>  vs.<br><br>STUART SYME,<br>GERSHENSON AND ASSOCIATES, INC., and<br>STEPHEN GERSHENSON, individually<br>and in his capacity as President of<br>GERSHENSON AND ASSOCIATES, INC.,<br><br>  Defendants. | Civil Action No. 08 Civ. 6998 (SHS) (FM)<br><br>**[PROPOSED] ORDER GRANTING EXPEDITED DISCOVERY** |

------------------------------------------------------------x

The Motion for Preliminary Injunction and Expedited Discovery (the "Motion") filed by Plaintiff American Management Association International ("Plaintiff" or "AMA") having been presented to the Court, and the Court having considered the Motion, the supporting papers filed concurrently therewith, the evidence and heard argument, and good cause having been shown, it is hereby:

ORDERED that, pursuant to Federal Rules of Civil Procedure 26, 30, 34, and 65 and 28 U.S.C. § 1657(a), AMA may undertake the discovery described in this Order prior to the conference required by Fed. R. Civ. P. 26(f); and it is further

ORDERED that AMA may immediately serve on Defendants Stuart Syme ("Syme"), Gershenson and Associates, Inc. ("G&A"), and Stephen Gershenson ("Gershenson") (collectively, "Defendants"), requests for production of documents and things related to the issues raised by the Motion on an expedited basis, limited to the following categories:

(1) documents concerning Defendants' business relationship with the Shaw Group, Inc. ("Shaw"), including without limitation all documents concerning any services provided by them, collectively or individually, to Shaw or any other AMA customer;

(2) documents concerning any communications, including e-mails, by, between or among Defendants, on the one hand, and any principal, employee or representative of Shaw on the other;

(3) documents concerning any of AMA's Confidential Information, as defined and alleged in its Verified Complaint, including without limitation all documents concerning seminars or educational materials;

(4) copies of all materials and seminar presentations developed by, or in the process of being developed by, Defendants for Shaw or any other AMA clients;

(5) documents, including without limitation e-mails, concerning Defendants' contractual relationships with AMA;

(6) documents concerning Shaw's use of any of the educational materials or seminar presentations developed by, or in the process of being developed by, Defendants for Shaw, or the use of any of AMA's other Confidential Information as defined and alleged in its Verified Complaint; and

(7) documents concerning any direct or indirect solicitation of any current or former client or customer of AMA by Defendants or any agent, employee or representative thereof; and it is further

ORDERED that AMA may immediately serve a notice for deposition on Defendants Syme, Gershenson, and a 30(b)(6) corporate representative from G&A, requiring such persons to appear for deposition in New York within two weeks of service of the appropriate notice; and it

2

is further

ORDERED that the aforementioned discovery be completed within sixty (60) days of the entry of this Order; and it is further

ORDERED that service of a copy of this Order shall be made, by hand delivery, facsimile or other electronic means, on or before _____, 2008 on counsel for Defendants, and such service shall be deemed good and sufficient and adequate notice.

Dated: New York, New York
_____, 2008

_____

Honorable Sidney H. Stein
United States District Judge, S.D.N.Y.