Jason A. Scurti (JAS-3688)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York  10166
Telephone:  (212) 801-9200
Email:  scurtij@gtlaw.com
*Attorneys for Defendants*
*Gershenson and Associates, Inc. and Stephen Gershenson*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN MANAGEMENT ASSOCIATION INTERNATIONAL,<br><br>                    Plaintiff,<br><br>- against -<br><br>STUART SYME,<br>GERSHENSON AND ASSOCIATES, INC., and<br>STEPHEN GERSHENSON, individually<br>and in his capacity as President of<br>GERSHENSON AND ASSOCIATES, INC.,<br><br>                    Defendants. | **Civil Action No.:  08 CIV-6998 (SHS) (FM)**<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Greenberg Traurig, LLP hereby appears as counsel on behalf of Defendants, GERSHENSON AND ASSOCIATES, INC., and STEPHEN GERSHENSON, individually and in his capacity as President of GERSHENSON AND ASSOCIATES, INC.  The undersigned certifies that he is admitted to practice in this Court.

Dated:  New York, New York
           August 21, 2008

GREENBERG TRAURIG, LLP

By: _____
    Jason A. Scurti (JAS-3688)
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Email: scurtij@gtlaw.com
*Attorneys for Defendants*
*Gershenson and Associates, Inc. and Stephen*
*Gershenson*

2