Jason A. Scurti (JAS-3688)
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Email: scurtij@gtlaw.com
*Attorneys for Defendants*
*Gershenson and Associates, Inc. and Stephen Gershenson*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN MANAGEMENT ASSOCIATION INTERNATIONAL,<br><br>Plaintiff,<br><br>- against -<br><br>STUART SYME,<br>GERSHENSON AND ASSOCIATES, INC., and STEPHEN GERSHENSON, individually and in his capacity as President of GERSHENSON AND ASSOCIATES, INC.,<br><br>Defendants. | **Civil Action No.: 08 CIV-6998 (SHS) (FM)**<br><br>**DEFENDANT GERSHENSON AND ASSOCIATES, INC.'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to the Federal Rule of Civil Procedure 7.1, Defendant Gershenson and Associates, Inc. submits the following corporate disclosure statement:

1. Gershenson and Associates, Inc. is a privately held S corporation.

2. There is no parent corporation nor any publicly held corporation owning 10% or more of its stock.

Dated: New York, New York
       August 21, 2008

GREENBERG TAURIG, LLP

By: _____
Jason A. Scurti (JAS-3688)
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Email:  scurtij@gtlaw.com
*Attorneys for Defendants
Gershenson and Associates, Inc. and Stephen Gershenson*