KASOWITZ BENSON TORRES & FRIEDMAN LLP
FILE# 06752-008

# AFFIDAVIT OF SERVICE

| Insert name of court, judicial district or branch court, if any: |
|---|
| United States District Court, Southern District of New York |

| DEPOSITION/COURT DATE: | CASE NUMBER: |
|---|---|
|  | 08-CIV-6998 |

| PLAINTIFF/PETITIONER: |
|---|
| American Management Association International |

| DEFENDANT/RESPONDENT: |
|---|
| Stuart Syme, et al |

| DOCUMENTS SERVED: |
|---|
| 20 Day Summons, Individual Practices of Judge Sidney H. Stein, Disclosure Statement, Civil Cover Sheet, Verified Complaint for Injunctive Relief & Damages, Notice of Motion for Preliminary Injunction & Expedited Discovery, Proposed Order Granting Expedited Discovery, Proposed Order Granting Preliminary Injunction, Affidavit of Patricia Leonard, Memorandum of Law In Support of Application for Preliminary Injunction and Expedited Discovery |

Received on 08/15/2008 at 7:35 AM to be served on:

**Stephen Gershenson**

I do hereby affirm that on 8-15-08 at 5:00PM I served this process by:

✓ INDIVIDUAL SERVICE: By delivering to the within named person a true copy of this process with the date and hour of service endorsed thereon by me. At the same time, I delivered to the within named person a copy of the complaint, petition, or other initial pleading or paper (if any) and informed the individual of the contents.

___ SUBSTITUTE SERVICE: By leaving a true copy of this process with the date and hour of service endorsed thereon by me, a copy of the complaint, petition, or other initial pleading or paper (if any) at the within named person's usual place of abode with any person residing therein who is 15 years of age or older and informing the person of the contents:   NAME: _____   TITLE/RELATION: _____

___ OTHER: By delivering a true copy of this process to _____, _____ and informing him/her of the contents.

___ NON-SERVICE: For the reason(s) listed in the comments below:

| LOCATION OF SERVICE: | FOR(Client): |
|---|---|
| 5979 Bartram Street<br>Boca Raton, FL 33433 | Joseph A. Piesco, Jr., Esq.<br>Kasowitz, Benson, Torres & Friedman, LLC<br>1633 Broadway<br>New York, NY 10019<br>212-506-1880 |

COMMENTS: white male, 50's, 5'10, 230 pounds, black balding hair, glasses.

AUTHORIZATION:
I AM CERTIFIED IN GOOD STANDING IN THE JUDICIAL CIRCUIT WHEREIN THIS PROCESS WAS SERVED AND HAVE NO INTEREST IN THE ABOVE ACTION.

NOTARY:

Sworn to and subscribed before me on the 20th day of August, 2008 by Marc Frost.

*Susan Rosenberg*
NOTARY PUBLIC

___ Personally Known
___ Produced Identification
Type of identification produced: _____

SUSAN ROSENBERG
MY COMMISSION # DD 675106
EXPIRES: June 25, 2011
Bonded Thru Notary Public Underwriters

SIGNATURE:
X _____
Marc Frost - Cert/Appt#: 664-Palm Beach County
Aetna Central Judicial Services
225 Broadway, Suite 1802
New York, NY 10007
OUR FILE#: 100593

REF# 7KBTF144404