# AFFIDAVIT OF SERVICE

| Insert name of court, judicial district or branch court, if any: | |
|---|---|
| United States District Court, Southern District of New York | |
| DEPOSITION/COURT DATE: | CASE NUMBER: 08-CIV-6998 |
| PLAINTIFF/PETITIONER: American Management Association International | |
| DEFENDANT/RESPONDENT: Stuart Syme, et al | |

**DOCUMENTS SERVED:**
20 Day Summons, Individual Practices of Judge Sidney H. Stein, Disclosure Statement, Civil Cover Sheet, Verified Complaint for Injunctive Relief & Damages, Notice of Motion for Preliminary Injunction & Expedited Discovery, Proposed Order Granting Expedited Discovery, Proposed Order Granting Preliminary Injunction, Affidavit of Patricia Leonard, Memorandum of Law In Support of Application for Preliminary Injunction and Expedited Discovery

Received on 08/15/2008 at 7:35 AM to be served on: Gershenson & Associates, Inc.

I do hereby affirm that on **8-15-08** at **5:00 AM** I served this process by:

**✓ CORPORATE SERVICE:** By leaving a true copy of this process with the date and hour of service endorsed thereon by me, a copy of the complaint, petition, or other initial pleading or paper (if any) and informing the person of the contents:

NAME: **Stephen Gershenson** TITLE: **Officer Authorized to Accept**

___ OTHER: By delivering a true copy of this process to _____, _____ and informing him/her of the contents.

___ NON-SERVICE: For the reason(s) listed in the comments below:

| LOCATION OF SERVICE: 5979 Bartram Street, Boca Raton, FL 33433 | FOR(Client): Joseph A. Piesco, Jr., Esq. Kasowitz, Benson, Torres & Friedman, LLC 1633 Broadway New York, NY 10019 212-506-1880 |
|---|---|

**COMMENTS:** white male, 50's, 5'10, 230 pounds, black balding hair, glasses.

**AUTHORIZATION:** I AM CERTIFIED IN GOOD STANDING IN THE JUDICIAL CIRCUIT WHEREIN THIS PROCESS WAS SERVED AND HAVE NO INTEREST IN THE ABOVE ACTION.

**NOTARY:**
Sworn to and subscribed before me on the **20th** day of **August**, 20**08** by Marc Frost.

Susan Rosenberg
NOTARY PUBLIC

___ Personally Known
___ Produced Identification
Type of identification produced: _____

SUSAN ROSENBERG
MY COMMISSION # DD 675106
EXPIRES: June 25, 2011
Bonded Thru Notary Public Underwriters

**SIGNATURE:**
X _____
Marc Frost - Cert/Appt#: 664-Palm Beach County
Aetna Central Judicial Services
225 Broadway, Suite 1802
New York, NY 10007
OUR FILE#: 100594
REF# 7KBTF144405